Elliott H. Stone, Esq. (SBN 264569)
**THE STONE LAW FIRM PC**
4570 Campus Drive
Newport Beach ▪ California 92660
Tel: (949) 477-9100 ▪ Fax: (477) 477-9111

Attorneys for Plaintiffs DENNIS STEARNS and CRAIG SMITH



JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DENNIS STEARNS, an individual; and CRAIG SMITH, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> EDWARD THEODORE EMBRY and MICHELLE L EMBRY, individually and on behalf of their marital community; MICHAEL PATRICK EMBRY, an individual; MICHAEL D. DAVIS, an individual; RED ROCK SERVICING II, LLC, a California Limited Liability Company; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No.: 8:13-cv-01363-JVS-AN <br><br> JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs DENNIS STEARNS, an individual and CRAIG SMITH, an individual, hereby request dismissal of this matter with prejudice, with each party to bear their own attorney's fees, costs and expenses incurred herein.

Defendants EDWARD THEODORE EMBRY and MICHELLE L EMBRY, individually and on behalf of their marital community; MICHAEL PATRICK EMBRY, an individual; and RED ROCK SERVICING II, LLC, a California Limited Liability Company, by and through their counsel of record, hereby stipulate to Plaintiffs' request.

///

Defendant MICHAEL D. DAVIS, an individual, has not appeared in this action.

**IT IS SO STIPULATED**

Dated: May 8, 2014　　　　　　　　　　　　THE STONE LAW FIRM PC

By: /s/ Elliott H. Stone
Elliott H. Stone, Esq.
Attorneys for Plaintiffs DENNIS STEARNS and CRAIG SMITH

Dated: May 8, 2014　　　　　　　　　　　　McKENNA LONG & ALDRIDGE LLP

By: /s/ Theona Zhordaina
Theona Zhordaina, Esq.
Attorneys for Defendants EDWARD THEODORE EMBRY, MICHAEL PATRICK EMBRY AND RED ROCK SERVICING II, LLC

**IT IS SO ORDERED.**

Dated: 5/12/14

_____
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE